UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

STEPHAN WAYNE CART,                    )     CASE NO. 1:07 CV 3654
                                       )
          Plaintiff,                   )     JUDGE PATRICIA A. GAUGHAN
                                       )
     v.                                )
                                       )     <u>MEMORANDUM OF OPINION</u>
GREGORY KUNSELMAN, Sgt.,               )     <u>AND ORDER</u>
                                       )
          Defendant.                   )


     On November 26, 2007, plaintiff <u>pro se</u> Stephan Wayne Cart
filed this action against Gregory Kunselman, identified as "'City
METRO officer - Sergeant' *city* of Washington, *District* of
Columbia..."  The document initiating this case is entitled:
"**Libel of Review** - common law counterclaim in admiralty - notice
lis pendens and - verified statement of right - Re: God-given
unalienable rights in original estate - Article III; Constitution."
The aforesaid document does not contain allegations intelligible to
this court.

     Principles requiring generous construction of <u>pro se</u>
pleadings are not without limits.  <u>Beaudett v. City of Hampton</u>, 775
F.2d 1274, 1277 (4th Cir. 1985).  Given the most liberal

construction, the document filed by plaintiff does not contain allegations remotely suggesting he might have a valid federal claim, or setting forth a reasonable basis for jurisdiction.  This action is therefore appropriately subject to summary dismissal. Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999); see Hagans v. Lavine, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); In re Bendectin Litig., 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

 Accordingly, this action is dismissed.

 IT IS SO ORDERED.


/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE


Dated: 12/14/07

-2-